IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM, | |
| Plaintiff, | 8:17-CV-352 |
| vs. | JUDGMENT |
| BREMER RESTAURANT MANAGEMENT, INC., | |
| Defendant. | |

On the parties' Stipulation of Dismissal (filing 12), this action is dismissed with prejudice and without costs, expenses, or disbursements to any party.

Dated this 19th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge